IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ROGERS, AIS 173329, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-356-ECM |
| | ) |
| CAM WARD – DIRECTOR BUREAU OF PARDONS AND PAROLES, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On September 18, 2023, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 9) is ADOPTED;

2. The Plaintiff's 42 U.S.C. § 1983 due process and equal protection claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The Plaintiff's claim challenging the constitutionality of his parole revocation is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate Final Judgment will be entered.

DONE this 3rd day of November, 2023.

                                            /s/ Emily C. Marks
                                 EMILY C. MARKS
                                 CHIEF UNITED STATES DISTRICT JUDGE